■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RASUN KING, Appellant. [787 NYS2d 899]—Appeal by the defendant from an amended judgment of the County Court, Orange County (DeRosa, J.), rendered November 25, 2002, revoking a sentence of probation previously imposed by the same court, upon a finding that he had violated a condition thereof, upon his plea of guilty, and imposing a sentence of imprisonment upon his previous conviction of criminal sale of a controlled substance in the third degree.

Ordered that the amended judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California,* 386 US 738 [1967]; *People v Paige,* 54 AD3d 631 [1976]; *cf. People v Gonzalez,* 47 NY2d 606 [1979]). Cozier, J.P., S. Miller, Santucci and Fisher, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARVIN MACK, Appellant. [787 NYS2d 900]—

Appeal by the defendant from a judgment of the Supreme Court, Kings County (Mangano, J.), rendered October 29, 2002, convicting him of robbery in the first degree and criminal possession of a weapon in the fourth degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The Supreme Court correctly denied the defendant's challenge for cause to a prospective juror who questioned her own ability to evaluate the evidence without hearing testimony from the defendant (*see People v Herring,* 14 AD3d 623 [2005] [decided herewith]). Florio, J.P., Cozier, Krausman and Mastro, JJ., concur.